```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
JANE DOE,                         *
                                  *
     Plaintiff,                   *
                                  *
vs.                               *  CIVIL ACTION NO. 19-00272-WS-B
                                  *
LANDON HILT,                      *
                                  *
     Defendant.                   *
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 86) is **ADOPTED** as the opinion of this Court. For the reasons set forth in the Report and Recommendation, it is **ORDERED** that Plaintiff's motion for default judgment (Doc. 85) is **DENIED,** the default entered against Defendant Landon Hilt (Doc. 21) is **SET ASIDE,** and Plaintiff is ordered to properly serve Defendant Hilt, and to file proof of same, on or before **April 26, 2021.**

**DONE** this 30th day of **March 2021.**

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE