# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 19-00272-KD-M |
| | ) |
| CLARKE COUNTY BOARD OF | ) |
| EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED, that default judgment is entered in favor of Plaintiff Jane Doe and against Defendant Landon Hilt as to Count II and Count V. Damages are awarded in the total amount of $50,000.00, comprised of $5,000.00 as compensatory damages and $45,000.00 as punitive damages.

DONE and ORDERED this the 11th day of January 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE